■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GRIFFIN, Appellant.—Motion for change of venue denied. Memorandum: We conclude that the defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Cayuga County (CPL 230.20, subd [2]). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982.) (Present—Dillon, P. J., Schnepp, Callahan, Witmer and Moule, JJ.

■ CHISHOLM-RYDER CO., INC., Respondent, v SOMMER AND SOMMER, Appellant.—Motion for stay and other relief denied. Memorandum: There is no automatic stay. CPLR 5519 (subd [a], par 4) does not apply to this case. Present—Dillon, P. J., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of LINDA LE FEVER.—Motion to reconstruct record granted to extent that the attorneys for the parties shall file an agreed statement of facts pursuant to 22 NYCRR 1000.5 (k) on or before August 1, 1979; in the event of failure to so file, the order of the Onondaga County Family Court is hereby vacated, without costs, and without further order and a new trial granted.